UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD L. CALVIN,<br><br>                              Plaintiff,<br><br>      v.<br><br>BILL ELFO, et al.,<br><br>                              Defendants. | CASE NO. C20-00866-RSM<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT |

On March 4, 2021, the Court received Plaintiff's filing entitled "Response to Defendant's Motion for Summary Judgment." Dkt. #35.

As an initial matter, Plaintiff's filing is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure requires that every pleading, motion, and other paper submitted to the Court be signed by the party. Fed. R. Civ. P. 11(a). Rule 11(a) further provides that any unsigned document must be stricken unless the omission of the signature is promptly corrected. *Id.* Because Plaintiff's Response is unsigned, it is not properly before the Court.

Furthermore, the title and content of Plaintiff's filing indicates that he intended this document as a response to Defendants' motion for summary judgment. The noting date for Defendants' summary judgment motion expired weeks ago on February 12, 2021. *See* Dkt. #29.

ORDER STRIKING PLAINTIFF'S
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 1

Since then, the Honorable Brian A. Tsuchida, U.S. Magistrate Judge, entered a Report & Recommendation ("R & R") recommending that the Court grant Defendants' motion for summary judgment and dismiss the case with prejudice. Dkt. #34. Plaintiff's untimely response is not properly before the Court, given that he filed it several weeks after the noting date without moving for relief from the deadline.

Accordingly, for the reasons set forth above, Plaintiff's filing dated March 4, 2021, is not properly before the Court. The Court hereby ORDERS:

(1) The Clerk shall STRIKE Plaintiff's improperly filed response, Dkt. #35.

(2) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 8th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE