UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD L. CALVIN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BILL ELFO, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-cv-00866-RSM-BAT<br><br>**ORDER DISMISSING CASE** |

Having reviewed the Report and Recommendation of the assigned Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court Grants Defendants' motion for summary judgment, Dkt. 29, and dismisses the case with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 22nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1